# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Dennis Babcock, et al., | ) CASE NO. 1:06CV1081 & 1:06CV1503 |
| Plaintiffs, | ) JUDGE CHRISTOPHER A. BOYKO |
| v. | ) JUDGMENT |
| The Official Committee of Administrative Claimants | ) |
| Defendant. | ) |

The Court has filed its OPINION AND ORDER in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 3/27/07

FILED
MAR 27 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.

_Christopher A. Boyko_
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE